UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ex rel TIMOTHY R. CHASE, JR., <br> Plaintiffs, <br><br> v. <br><br> AGGREGATE INDUSTRIES, INC., a subsidiary of HOLCIM LTD., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-11586-GAO <br> ) <br> ) **FILED UNDER SEAL** <br> ) <br> ) <br> ) |

[PROPOSED] ORDER

Upon consideration of the United States' ex parte motion, pursuant to Local Rule 67.2, for an order by this Court to authorize the establishment of an interest bearing account in the Court's registry to receive funds paid to the United States and the Commonwealth of Massachusetts, it is hereby

**ORDERED** that this Court authorizes the Clerk of Court to establish an interest bearing account designated to receive funds on behalf of the United States and the Commonwealth of Massachusetts in the Court's registry; and

**FURTHER ORDERED** that this order and the accompanying motion, along with the complaint and all other filings in this matter, shall remain under seal until further order of this Court, unless the United States requests that the seal be lifted prior to that date.

_____
UNITED STATES DISTRICT JUDGE

May 4, 2006