UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ex rel TIMOTHY R. CHASE, JR., <br> Plaintiffs, <br><br> v. <br><br> AGGREGATE INDUSTRIES, INC., a subsidiary of HOLCIM LTD., <br><br> Defendant. | ) ) ) ) Civil Action No. 05-11586-GAO ) ) **FILED UNDER SEAL** ) ) ) ) ) ) ) |

## STIPULATED MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and pursuant to and consistent with the Civil Settlement Agreement signed on July 26, 2007, the United States of America, relator Timothy Chase, Jr. and the defendant Aggregate Industries, Inc. (collectively, the "Parties"), hereby stipulate to the dismissal, with prejudice, of the claims against the defendant in the above-captioned action.

//

//

//

//

//

//

//

//

The United States and the defendant agree that each will bear its own costs, expenses and attorneys' fees. The Relator and the defendant have not reached an agreement on costs, expenses and attorney's fees. The Relator requests that the Court retain jurisdiction over the case to adjudicate the Relator's claims against the defendant for reimbursement of costs, expenses, and attorneys' fees pursuant to 31 U.S.C. § 3730(d).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: 9-19-07

By: /s/ Jeffrey M. Cohen
Assistant United States Attorney

R. ROBERT POPEO, ESQ.

Dated: 9/17/07

/s/ R. Robert Popeo (BRT)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
Counsel for Aggregate Industries, Inc.

ANDREW RAINER, ESQ.

Dated: 9/18/07

/s/ Andrew Rainer
Counsel for Timothy Chase, Jr.