UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ex rel TIMOTHY R. CHASE, JR., <br> Plaintiffs, <br><br> v. <br><br> AGGREGATE INDUSTRIES, INC., a subsidiary of HOLCIM LTD., <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 05-11586-GAO <br> ) <br> ) **FILED UNDER SEAL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### [PROPOSED] ORDER

The United States has intervened in this action for purposes of settlement pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4). Accordingly, the Court rules as follows:

IT IS ORDERED that,

1. the following documents are hereby unsealed: the relator's complaint, the Government's Notice of Intervention, Stipulation of Dismissal, this Court's Order of May 4, 2006 (authorizing the Clerk of Court to establish an interest bearing account designated to receive funds on behalf of the United States and the Commonwealth of Massachusetts), and this Order; and

2. all other documents on already file in this matter shall remain under seal; and

3. all future filings in this action shall not be filed under seal after the date of this Order; and

IT IS FURTHER ORDERED that,

4. notwithstanding the Stipulation of Dismissal filed in this matter, the Clerk of the Court may accept payments to the Registry of the Court pursuant to the Settlement Agreement, signed July 26, 2007, and attached hereto, in accordance with Local Rule 67.2 and the Order of

3

this Court dated May 4, 2006. Disbursements from the Registry of the Court for the benefit of the United States and Commonwealth of Massachusetts will be authorized via separate Order upon motion of the United States and the Commonwealth of Massachusetts; and

4. the Court shall retain such jurisdiction as is necessary to enforce this Order and the Settlement Agreement.

IT IS SO ORDERED,

This 24th day of September, 2007.

_____
Honorable George A. O'Toole, Jr.
United States District Judge

4